

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00204-CR

# IN RE CHRISTOPHER KEITH SCHMOTZER

## Original Proceeding

# ORDER

Relator's Motion for Injunctive Relief was filed on August 6, 2013. Because we have no authority to grant the relief requested, relator's motion is denied.


PER CURIAM

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Motion denied
Order issued and filed August 15, 2013